2023-1059, 2023-1085, 2023-1086, 2023-1089, 2023-1125

# United States Court of Appeals
# for the Federal Circuit

_____

SIERRA WIRELESS, ULC, HONEYWELL INTERNATIONAL INC., TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, TCT MOBILE INTERNATIONAL LIMITED, TCT MOBILE, INC., TCT MOBILE (US) INC., TCT MOBILE (US) HOLDINGS, INC., TELIT CINTERION DEUTSCHLAND GMBH, f/d/b/a Thales DIS AIS Deutschland GmbH,

*Appellants*

v.

SISVEL S.P.A.,

*Cross-Appellant.*

_____

On Appeal from the USPTO Patent Trial and Appeal Board
in *Inter Partes* Review No. IPR2021-00580

_____

**CROSS-APPELLANT SISVEL S.P.A.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY BRIEF**

_____

Nadiia Loizides
nloizides@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010

*Attorney for Cross-Appellant Sisvel S.p.A.*

October 25, 2023

FORM 9. Certificate of Interest | Form 9 (p. 1)
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**CERTIFICATE OF INTEREST**

**Case Number**  2023-1059, 2023-1085, 2023-1086, 2023-1089, 2023-1125
**Short Case Caption**  Sierra Wireless, ULC v. Sisvel S.p.A.
**Filing Party/Entity**  Sisvel S.p.A.

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 10/25/2023    Signature:  /s/ Nadiia Loizides

                    Name:       Nadiia Loizides

FORM 9. Certificate of Interest　　　　　　　　　　　　　　　　　　　　　　　Form 9 (p. 2)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　March 2023

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| Sisvel S.p.A. | | Sisvel International S.A. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐　Additional pages attached

FORM 9. Certificate of Interest                                     Form 9 (p. 3)
                                                                     March 2023

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable  ☐ Additional pages attached

| | | |
|---|---|---|
| Stephanie Berger (Devlin Law Firm) | Jorge Espinosa (Gray Robinson, P.A.) | |
| Andrew DeMarco (Devlin Law Firm) | Franesca Russo (Gray Robinson, P.A.) | |
| Peter A. Mazur (Devlin Law Firm) | Robert R. Jimenez (Gray Robinson P.A.) | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑ Yes (file separate notice; see below)  ☐ No  ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable  ☐ Additional pages attached

Pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), Cross-Appellant Sisvel S.p.A. ("Sisvel") respectfully moves for a thirty (30) day extension of time to file its reply brief. That brief is currently due on November 10, 2023. If this motion were granted, that brief would be due on December 11, 2023. Sisvel has not previously requested or received an extension of time in this appeal for filing its reply brief. Sisvel was granted a 60-day extension of time in this appeal for filing its principal brief. *See* ECF No. 39.

Good cause supports Sisvel's request. Counsel for Sisvel had, or will have, numerous personal and professional conflicts during the original and requested extended period for preparing that brief, including, for example: briefing deadlines in Federal Circuit Appeal Nos. 2023-1270, 2023-1354, 2023-1557, and 2023-1497; accelerated hearing/trial briefing, expert reports, and bankruptcy hearing/trial proceedings in *In re: Vital Pharmaceuticals*, No. 22-17842-PDR and 23-01134-PDR (S.D. Fla.); and a jury trial from October 27, 2023 through November 3, 2023 in *Ecolab Inc. et al v. DuBois Chemicals, Inc.*, C.A. No. 1:21-cv-00567-RGA (D. Del.). Accordingly, the requested thirty (30) day extension is needed for, and will allow, Sisvel to fully prepare its reply brief.

Counsel for Cross-Appellees have consented to Sisvel's requested extension and, thus, no response to this motion will be filed.

For the foregoing reasons, Sisvel respectfully requests that the Court extend the deadline for filing Sisvel's reply brief to December 11, 2023.

| | |
|---|---|
| October 25, 2023 | Respectfully submitted,<br><br>*/s/ Nadiia Loizides*<br>Nadiia Loizides<br>nloizides@devlinlawfirm.com<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>(302) 449-9010<br><br>*Attorney for Cross-Appellant Sisvel S.p.A.* |

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing motion complies with the relevant type-volume limitations of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it has been prepared in a proportionally spaced typeface in 14-point font and includes 254 words, excluding the parts exempted under those Rules.

*/s/ Nadiia Loizides*
Nadiia Loizides

*Attorney for Cross-Appellant
Sisvel S.p.A.*

2023-1059, 2023-1085, 2023-1086, 2023-1089, 2023-1125

# United States Court of Appeals for the Federal Circuit

_____

SIERRA WIRELESS, ULC, HONEYWELL INTERNATIONAL INC., TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, TCT MOBILE INTERNATIONAL LIMITED, TCT MOBILE, INC., TCT MOBILE (US) INC., TCT MOBILE (US) HOLDINGS, INC., TELIT CINTERION DEUTSCHLAND GMBH, f/d/b/a Thales DIS AIS Deutschland GmbH,

*Appellants*

v.

SISVEL S.P.A.,

*Cross-Appellant.*

_____

On Appeal from the USPTO Patent Trial and Appeal Board in *Inter Partes* Review No. IPR2021-00580
_____

**DECLARATION OF NADIIA LOIZIDES IN SUPPORT OF CROSS-APPELLANT SISVEL S.P.A.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY BRIEF**
_____

Nadiia Loizides
nloizides@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010

*Attorney for Cross-Appellant Sisvel S.p.A.*

October 25, 2023

I, Nadiia Loizides, declare as follows:

1. I am an attorney with Devlin Law Firm LLC and, as counsel for Cross-Appellant Sisvel S.p.A.'s ("Sisvel") in the above-captioned appeal, I am an attorney responsible for supervising and preparing Sisvel's reply brief.

2. I submit this declaration in support of Sisvel's unopposed motion a 30-day extension of time for filing its reply brief (the "Motion").

3. The Motion is made in good faith and not for the purpose of delay or other procedural advantage, and all of the facts set forth in the Motion are, to the best of my knowledge, true and correct based either on my personal knowledge or on discussions I have had with other attorneys working on this appeal.

4. Good cause supports the extension requested in the Motion. Counsel for Sisvel had, or will have, numerous personal and professional conflicts during the original and requested extended period for preparing that brief, including, for example, for example: briefing deadlines in Federal Circuit Appeal Nos. 2023-1270, 2023-1354, 2023-1557, and 2023-1497; accelerated hearing/trial briefing, expert reports, and bankruptcy hearing/trial proceedings in *In re: Vital Pharmaceuticals*, No. 22-17842-PDR and 23-01134-PDR (S.D. Fla.); and a jury trial from October 27, 2023 through November 3, 2023 in *Ecolab Inc. et al v. DuBois Chemicals, Inc.*, C.A. No. 1:21-cv-00567-RGA (D. Del.).

Accordingly, the extension requested in the Motion is needed to provide sufficient time to fully prepare Sisvel's reply brief.

5. Counsel for Cross-Appellees indicated that Cross-Appellees consent to the requested extension.

6. This is Sisvel's first request for additional time to file its reply brief in this appeal. Sisvel received a 60-day extension of time to file its principal brief in this appeal.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| October 25, 2023 | */s/ Nadiia Loizides* <br> Nadiia Loizides <br> nloizides@devlinlawfirm.com <br> DEVLIN LAW FIRM LLC <br> 1526 Gilpin Avenue <br> Wilmington, DE 19806 <br> (302) 449-9010 <br><br> *Attorney for Cross-Appellant* <br> *Sisvel S.p.A.* |