# United States Court of Appeals for the Federal Circuit

---

**SIERRA WIRELESS, ULC, HONEYWELL INTERNATIONAL INC., TELIT CINTERION DEUTSCHLAND GMBH F/D/B/A THALES DIS AIS DEUTSCHLAND GMBH,**
*Appellants*

v.

**SISVEL S.P.A.,**
*Cross-Appellant*

---

2023-1059, 2023-1085, 2023-1089, 2023-1125

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00580.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**VACATED AND REMANDED**

FOR THE COURT

March 10, 2025
Date

Jarrett B. Perlow
Clerk of Court

Case: 23-1059	Document: 92	Page: 2	Filed: 03/10/2025