# United States Court of Appeals for the Federal Circuit

---

**SIERRA WIRELESS, ULC, HONEYWELL INTERNATIONAL INC., TELIT CINTERION DEUTSCHLAND GMBH F/D/B/A THALES DIS AIS DEUTSCHLAND GMBH,**
*Appellants*

v.

**SISVEL S.P.A.,**
*Cross-Appellant*

---

2023-1059, 2023-1085, 2023-1089, 2023-1125

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00580.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered March 10, 2025, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

April 16, 2025
Date

Jarrett B. Perlow
Clerk of Court